FILED
MAR 10 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO.: 08CR4384-GT |
| Plaintiff,   ) | |
| v.   ) | [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING DATE |
| **ENRIQUE GARCIA-MERCADO**,   ) | |
| Defendant.   ) | |

**IT IS HEREBY ORDERED**, that the sentencing currently scheduled for April 10, 2009, at 9:00 a.m. for the defendant Mr. Garcia-Mercado, who is in custody, shall be continued to May 26, 2009 at 9:00 a.m.

**SO ORDERED.**

Dated: 3-10-09

_____
HONORABLE GORDON THOMPSON, JR.
United States District Judge

08CR4384-GT